UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Maria Y. Brown | \* |
|     Plaintiff | \* |
| | \* |
| v. | \*   Case No. 1:19-cv-00641-PB |
| | \* |
| Town of Seabrook, NH, Michael Rabideau, | \* |
| William Manzi and Jason Janvrin, | \* |
|     Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT SUPPLEMENTAL ESI STATEMENT

The parties have conferred and have determined that no amendments to the ESI statement contained in the parties Rule 26(f) Discovery Plan are necessary at this time.

                                                                  Respectfully submitted,
                                                                   MARIA Y. BROWN,
                                                                   By her attorneys,
                                                                   DOUGLAS, LEONARD & GARVEY, P.C.

Dated: January 8, 2020                       /s/ Benjamin T. King
                                                                 Benjamin T. King, NH Bar #12888
                                                                 14 South Street, Suite 5
                                                                 Concord, NH 03301
                                                                 (603) 224-1988
                                                                 benjamin@nhlawoffice.com

                                                                 and

                                                                 TOWN OF SEABROOK, NH
                                                                MICHAEL RABIDEAU, and
                                                                WILLIAM MANZI
                                                                By their attorneys,
                                                                JACKSON LEWIS

Dated: January 8, 2020                       /s/ Thomas M. Closson
                                                                  Thomas M. Closson, NH Bar #9966
                                                                100 International Drive, Suite 363
                                                                 Portsmouth, NH 03801
                                                                (603) 559-2700
                                                                thomas.closson@jacksonlewis.com

        and

        JASON JANVRIN
        By his attorneys,
        MAGGIOTTO, BELOBROW, FEENEY & FRAAS, PLLC

Dated: January 8, 2020        /s/ Dona Feeney
        Dona Feeney, Esq. NH Bar #12854
        58 Pleasant Street
        Concord, NH 03301
        (603) 225-5152
        dfeeney@mffflaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been electronically served through ECF this 8th day of January 2020, to all counsel of record.

        /s/ Benjamin T. King
        Benjamin T. King