UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

```
*************************************
Maria Y. Brown                        *
        Plaintiff                     *
                                      *
v.                                    *      Case No. 1:19-cv-00641-PB
                                      *
Town of Seabrook, NH, Michael Rabideau,*
William Manzi and Jason Janvrin,      *
        Defendants                    *
*************************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TOWN OF SEABROOK

The parties to the above-entitled action hereby stipulate that said defendant, Town of Seabrook, be dismissed with prejudice and without costs. All rights of appeal are hereby waived.

                                                                      Respectfully submitted,
                                                                      MARIA Y. BROWN,
                                                                      By her attorneys,
                                                                      DOUGLAS, LEONARD & GARVEY, P.C.

Dated: July 19, 2021          By:        /s/ Benjamin T. King
                                                                      Benjamin T. King, NH Bar #12888
                                                                      14 South Street, Suite 5
                                                                      Concord, NH 03301
                                                                      (603) 224-1988
                                                                      benjamin@nhlawoffice.com

                                                  and

                                                                      TOWN OF SEABROOK,
                                                                      MICHAEL RABIDEAU, and
                                                                      WILLIAM MANZI
                                                                      By their attorneys,
                                                                      JACKSON LEWIS

|   |   |   |   |
|---|---|---|---|
| Dated: July 19, 2021 | | By: | /s/ Thomas M. Closson<br>Thomas M. Closson, NH Bar #9966<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>(603) 559-2700<br>thomas.closson@jacksonlewis.com |

and

JASON JANVRIN
By his attorneys,
MAGGIOTTO, BELOBROW, FEENEY & FRAAS, PLLC

|   |   |   |   |
|---|---|---|---|
| Dated: July 19, 2021 | | By: | /s/ Dona Feeney<br>Dona Feeney, Esq. NH Bar #12854<br>58 Pleasant Street<br>Concord, NH 03301<br>(603) 225-5152<br>dfeeney@mffflaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

/s/ Benjamin T. King
Benjamin T. King